1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER MARKS,                  No. CIV. S-05-839 DFL GGH

12        Plaintiff,

13      v.                          ORDER RE DISPOSITION AFTER
                                    NOTIFICATION OF SETTLEMENT
14   JET EQUIPMENT AND TOOL
     CORPORATION,
15
          Defendants.
16   _____/

17      The court has been advised by plaintiff's counsel, Brian J.

18   Malloy, Esq., that this action has been settled.  Therefore, it

19   is not necessary that the action remain upon the court's active

20   calendar.

21      Accordingly, IT IS ORDERED:

22      1.  That counsel file settlement/dismissal documents, in

23   accordance with the provisions of Local Rule 16-160, no later

24   than October 4, 2006; and

25   //

26   //

                                1

1        2.  That all hearing dates previously set in this matter

2    are vacated.

3        IT IS SO ORDERED.

4    Dated:  September 22, 2006

5

6                              /s/ David F. Levi

7                              DAVID F. LEVI
                             United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2