| | |
|---|---|
| THE BRANDI LAW FIRM | MORGENSTEIN & JUBELIRER LLP |
| THOMAS J. BRANDI Bar No. 53208 | JEFFREY R. WILLIAMS (CSB # 84156) |
| TERENCE D. EDWARDS Bar No. 168095 | P. MARK MAHONEY (CSB # 232549) |
| CASEY A. KAUFMAN Bar No. 232257 | One Market, Spear Street Tower, 32nd Floor |
| BRIAN J. MALLOY Bar No. 234882 | San Francisco, California 94105 |
| 44 Montgomery Street, Suite 1050 | Telephone:  (415) 901-8700 |
| San Francisco, California 94104 | Facsimile:   (415) 901-8701 |
| Telephone: (415) 989-1800 | |
| Facsimile: (415) 989-1801 | SCHIFF HARDIN LLP |
| tjb@brandilaw.com | JOSEPH J. KRASOVEC, III (*pro hac vice*) |
| | JOSHUA D. LEE (*pro hac vice*) |
| Attorneys for Plaintiff | 6600 Sears Tower |
| CHRISTOPHER MARKS | Chicago, Illinois 60606 |
| | Telephone: (312) 258-5500 |
| | Facsimile: (312) 258-5600 |
| | |
| | Attorneys for Defendant |
| | WMH Tool Group, Inc., erroneously sued |
| | herein as Jet Equipment and Tool Corp. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MARKS | ) Case No.: 2:05-CV-00839-DFL-GGH |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND** |
| | ) **[PROPOSED] ORDER** |
| JET EQUIPMENT AND TOOL | ) **EXTENDING TIME TO FILE** |
| CORPORATION | ) **SETTLEMENT/DISMISSAL** |
| | ) **DOCUMENTS** |
| Defendant. | ) |
| | ) |

On September 22, 2006, the Court acknowledged the settlement between the parties and

ordered that all settlement/dismissal documents be filed no later than October 4, 2006.  Plaintiff

Christopher Marks (Plaintiff) and defendant WMH Tool Group, Inc., erroneously sued as Jet

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SETTLEMENT/DISMISSAL DOCUMENTS

Equipment and Tool Corporation (Defendant), hereby stipulate that the deadline for filing settlement/dismissal documents be extended two weeks to and including October 18, 2006.

Dated:   October 3, 2006                              THE BRANDI LAW FIRM

By: /s Brian J. Malloy
BRIAN J. MALLOY
Attorney for Plaintiff

Dated:  October 4, 2006              By:   /s Joseph J. Krasovec, III
Joseph J. Krasovec, III
Joshua D. Lee
SCHIFF HARDIN LLP

Jeffrey R. Williams
P. Mark Mahoney
MORGENSTEIN & JUBELIER, LLP

*Attorneys for WMH Tool Group, Inc.*

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:  10/5/2006

_____
DAVID F. LEVI
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SETTLEMENT/DISMISSAL DOCUMENTS