| | |
|---|---|
| THE BRANDI LAW FIRM<br>THOMAS J. BRANDI Bar No. 53208<br>TERENCE D. EDWARDS Bar No. 168095<br>CASEY A. KAUFMAN Bar No. 232257<br>BRIAN J. MALLOY Bar No. 234882<br>44 Montgomery Street, Suite 1050<br>San Francisco, California 94104<br>Telephone: (415) 989-1800<br>Facsimile: (415) 989-1801<br>tjb@brandilaw.com<br><br>Attorneys for Plaintiff<br>CHRISTOPHER MARKS | MORGENSTEIN & JUBELIRER LLP<br>JEFFREY R. WILLIAMS (CSB # 84156)<br>P. MARK MAHONEY (CSB # 232549)<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, California 94105<br>Telephone:    (415) 901-8700<br>Facsimile:     (415) 901-8701<br><br>SCHIFF HARDIN LLP<br>JOSEPH J. KRASOVEC, III (*pro hac vice*)<br>JOSHUA D. LEE (*pro hac vice*)<br>6600 Sears Tower<br>Chicago, Illinois 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br><br>Attorneys for Defendant<br>WMH Tool Group, Inc., erroneously sued<br>herein as Jet Equipment and Tool Corp. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MARKS<br><br>    Plaintiff,<br><br>v.<br><br>JET EQUIPMENT AND TOOL<br>CORPORATION<br><br>    Defendant. | Case No.: 2:05-CV-00839-DFL-GGH<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff Christopher Marks and defendant WMH Tool Group, Inc., erroneously sued as Jet Equipment and Tool Corporation, by and through their respective attorneys of record herein, that the parties have resolved this matter

---
1
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

in its entirety, and that the parties to date have complied with the written settlement agreement.

IT IS THEREFORE STIPULATED AND AGREED that this entire action, including the complaint and any counter-claim on file herein, shall be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated:   October 16, 2006                    THE BRANDI LAW FIRM

                                                                   By: /s Brian J. Malloy
                                                                      BRIAN J. MALLOY
                                                                      Attorney for Plaintiff

Dated:  October 18, 2006              By:    /s Joseph J. Krasovec, III
                                                                            Joseph J. Krasovec, III
                                                                            Joshua D. Lee
                                                                            SCHIFF HARDIN LLP

                                                                            Jeffrey R. Williams
                                                                            P. Mark Mahoney
                                                                            MORGENSTEIN & JUBELIER, LLP

                                                                            Attorneys for WMH Tool Group, Inc.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:  10/24/2006

_____
DAVID F. LEVI
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com